

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 15, 2022

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:     *Mejia v. Hudson River Foods Corporation;* Case No. 1:22-cv-2830-KPF

Dear Judge Failla:

        We represent plaintiff Jose Mejia ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for June 28, 2022, at 10:30 a.m. The parties request this adjournment since Defendant's answer was due on May 16, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 45 days to obtain a certificate of Default as to Defendant, *Hudson River Foods Corporation,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

        Thank you for your consideration in this matter.

                                          Respectfully submitted,
                                          */s/ Edward Y. Kroub*
                                          EDWARD Y. KROUB

cc:     All Counsel of Record (via ECF)

Application GRANTED.  The initial pretrial conference in this matter is hereby ADJOURNED *sine die*.

Plaintiff shall file his anticipated motion for default judgment on or before **August 1, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 11.

                                          SO ORDERED.

Dated:   June 16, 2022
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE